# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 16, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147994

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JEFFREY DUANE FRY,
    Defendant-Appellant.

SC:  147994
COA:  315651
Kalamazoo CC: 1998-000188-FH

_____/

On order of the Court, the application for leave to appeal the October 2, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 16, 2014



Clerk

s0513